UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

A. A. M.,

Petitioner - Appellee,

v.

TONYA ANDREWS, in official capacity as Facility Administrator of Golden State Annex Detention Facility; et al.,

Respondents - Appellants.

No. 26-4389

D.C. No.
1:25-cv-01514-DC-DMC
Eastern District of California,
Fresno

ORDER

The motion (Docket Entry No. 9) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT